Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 25-10203

**Caption:**

Michael Conrad, Plaintiff / Appellee

v.

Camping World Holdings, Inc., Defendant/Appellant

District and Division: Northern District of Alabama, Middle Division
Name of Judge: Corey L. Maze
Nature of Suit: Telephone Consumer protection Act, 47 USC 227, et seq.
Date Complaint Filed: February 12, 2024
District Court Docket Number: 4:24-cv-00171-CLM
Date Notice of Appeal Filed: January 22, 2025
☐ Cross Appeal   ☑ Class Action

Has this matter previously been before this court?
☐ Yes   ☑ No
If Yes, provide
(a) Caption: _____
(b) Citation: _____
(c) Docket Number: _____

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| **For Appellant:**<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Benjamin G. Shatz | Manatt, Phelps & Phillips LLP, 2049 Century Park E., #1700, Los Angeles CA 90067 | 310-312-4383<br>bshatz@manatt.com |
| **For Appellee:**<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Michael L. Greenwald | GREENWALD DAVIDSON RADBIL PLLC, 5550 Glades Road, Suite 500, Boca Raton, Florida 33431 | (561) 826-5477<br>mgreenwald@gdrlawfirm.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question<br>☐ Diversity<br>☐ US Plaintiff<br>☐ US Defendant | ☐ Final Judgment, 28 USC 1291<br>☐ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☐ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☐ Summary Judgment<br>☐ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☐ Injunction<br>☑ Other Motion to Compel Arbitration | Amount Sought by Plaintiff:<br>$ $500-$1500 per alleged violation<br>Amount Sought by Defendant:<br>$ _____<br>Awarded:<br>$ _____<br>to _____<br>Injunctions:<br>☐ TRO<br>☐ Preliminary   ☐ Granted<br>☐ Permanent       ☐ Denied |

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☑ Yes ☐ No
What is the issue you claim is one of First Impression? Whether limited arbitration discovery was mandated under Section 4 of the Federal Arbitration Act (9 USC 4)

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☐ Yes ☑ No

If Yes, provide
(a) Case Name/Statute _____
(b) Citation _____
(c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal? ☐ Yes ☑ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☐ Yes ☑ No

If Yes, provide
(a) Case Name _____
(b) Citation _____
(c) Docket Number if unreported _____
(d) Court or Agency _____

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit? ☐ Yes ☑ No
(b) Among circuits? ☐ Yes ☑ No

If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

Issue #1: Whether, under Section 4 of the Federal Arbitration Act (9 USC 4), the district court erred in not allowing limited arbitration discovery and not conducting an evidentiary hearing or trial on the disputed factual issue of contract formation prior to ruling on appellant's motion to compel arbitration.

Issue #2: Whether the district court erred determining whether the parties satisfied their respective evidentiary burdens when ruling on appellant's motion to compel arbitration.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS __4th__ DAY OF __February__, __2025__.

Benjamin G. Shatz
NAME OF COUNSEL (Print)

/s/ Benjamin G. Shatz
SIGNATURE OF COUNSEL